IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES F. TAYLOR, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-01-252-JHP-KEW |
| MARTY SIRMONS, Warden, Oklahoma State Penitentiary, | ) |
| Respondent. | ) |

## **JUDGMENT**

This matter came before the Court for consideration of Petitioner's Petition for Writ of Habeas Corpus, pursuant to 18 U.S.C. § 2254. The issues having been duly considered and a decision having been rendered in accordance with the Order filed simultaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for respondent, Marty Sirmons, and against petitioner, Charles F. Taylor, on his challenge to the constitutionality of his state court conviction and death sentence.

IT IS SO ORDERED this 12th day of March, 2007.

James H. Payne
United States District Judge
Eastern District of Oklahoma